**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| EDWARD WOODS, JR., | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:16-cv-00371-JAD-CWH |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | ) | |
| Defendants. | ) | |

Presently before the court is pro se plaintiff Edward Woods, Jr.'s amended complaint (ECF No. 16), filed on January 3, 2018. This case was dismissed without prejudice on July 19, 2017, due to Woods's failure to comply with the court's June 20, 2017, order. (Order (ECF No. 11).) Given that this case was dismissed, Woods is advised that the court will not take any further action with respect to his amended complaint.

IT IS SO ORDERED.

DATED: January 10, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**